No. 138. INDUSTRIAL ENGINEERING COMPANY *v.* UNITED STATES. Appeal from the Court of Claims. Argued January 18, 1927. Decided January 24, 1927. *Per Curiam.* Affirmed on the authority of *Jacob Reed's*

*Sons, Inc.,* v. *United States,* 273 U. S. 200. *Mr. Raymond M. Hudson* for appellant, submitted. *Assistant Attorney General Galloway,* with whom *Solicitor General Mitchell* was on the brief, for the United States.